**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**KAY EVANS,**

    **Plaintiff,**

v.                                                          **Case No: 5:15-cv-19-Oc-39PRL**

**CITY OF BUSHNELL, FLORIDA,**
**VINCE RUANO, JOYCE WELLS and**
**DONALD KNEE**

    **Defendants.**

## ORDER

Pending before the Court is Defendant Donald Knee's Unopposed Motion to Redact Docket Entry 7. (Doc. 17). Defendant Knee, allegedly the Interim Chief of Police and Lieutenant for the City of Bushnell, was served with process on February 3, 2015. (Doc. 7). Defendant now requests that the Court enter an order redacting his address, and his minor daughter's name, address, and physical description, which appear in the return of service.

Such information about current or former law enforcement personnel is confidential under Florida law. *See* Fla. Stat. § 119.071(4)(d)(2)(a)(I) (exempting from Florida's Public Records Act the "home addresses . . . of active or former sworn or civilian law enforcement personnel"); *see also id.* at § 119.071(4)(d)(2)(a)(II) (exempting the names of the spouses and children of active or former sworn or civilian law enforcement personnel).

Upon due consideration, the Court **GRANTS** Defendant Donald Knee's Unopposed Motion to Redact Docket Entry 7. (Doc. 17). The Court directs the Clerk to redact Defendant Knee's address, and his minor daughter's name, address, and description from Docket Entry 7.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on April 10, 2015.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties